UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAROLYN H. MCMAHON, et al., ) | |
| ) | |
| v. ) | NO. 3:12-0174 |
| ) | JUDGE SHARP |
| JAMES A. BRAZELL, et al., ) | |
| ) | |

## ORDER

Pending before the Court is a Joint Motion to Continue Trial and Stay Ruling on Defendant's Amended Motion for Partial Summary Judgment (Docket No. 40).

The motion is GRANTED and the jury trial scheduled for August 13, 2013, is hereby rescheduled for Tuesday, November 19, 2013, at 9:00 a.m. The final pretrial conference scheduled for July 22, 2013, is rescheduled for Friday, November 8, 2013 at 1:30 p.m.

The deadlines for trial-related matters will be addressed in a subsequent Order closer to the trial date.

It is ordered that the parties shall submit to the Court on or before September 30, 2013, a report of their mediation efforts.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE